**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICOLE M. ORMSBY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1262-Orl-22DAB**

**MICHAEL ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. No. 2) filed on July 29, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. The Court notes that prior to it addressing the Report and Recommendation, that Plaintiff has filed an Amended Complaint. However, she failed to submit a properly completed Affidavit for pauper status on the appropriate form.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 4, 2011 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** as set forth in this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. No. 2) is **DENIED.**

3. Within 10 days of the date of this Order Plaintiff shall file a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs. The form can be located at the Court's website: www.flmd.uscourts.gov, under Forms & Publications, under GENERAL.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 17, 2011.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies to:

Counsel of Record